Riches v. Warden, FCI Williamsburg et al      Doc. 1

United States District Court
Southern District of Ohio

Jonathan Lee Riches,
Plaintiff

08 JUN 11 PM 12:57

v.

John C. McGinley a/b/a Dr. Perry Cox; FCI Williamsburg,
Defendants

1:08CV398    J. HOGAN
WEBER. J.

Habeas Corpus Relief under 28 USC 2241
~~Inadequate medical treatment at FCI Williamsburg~~

I'm denied treatment on my colon, I lost a lot of weight due to Defendants neglect on me. I have no energy. I'm starving everyday. The food they serve gets me sick. I weigh only 123 lbs at 5ft 10 inches, the dr's will not help or feed me. Something is wrong with my intestines, I have a tapeworm in my body that absorbes my nutrients and leaves me dehydrated. I have 15 bowel movements a day, I'm always cold and shivering and I lay in my bunk bed with 3 blankets, but I'm still cold, outside is 90° and I shake, I can't function or concentrate because Afro-American inmates scream all day and the unit microwave is unsanitary with other peoples food on the inside walls. The unit showers are stopped up, my feet is swamped with other peoples shower water. I'm forced to see FCI Williamsburg Dr's in a crowded waiting room for over 3 hours standing without enough benches, and people cough and I get fevers and strept throat. This is a deliberate indifference on my medical needs. I seek better medical conditions at FCI Williamsburg.

Jonathan Lee Riches
#40948-018
FCI Williamsburg 843-387-9400
P.O. Box 340
Salters, SC 29590

Dockets.Justia.com