United States District Court
Southern District of Ohio

WEBER, J.

1:08CV398  J. HOGAN

08 JUN 11 PM 12:57

Jonathan Lee Riches,
Plaintiff

V.

Ronald Perelman; FCI Williamsburg,
Defendants

42 USC 1983
28 USC 2254

Motion for relief from Judgement

Defendants violated my civil rights in Ohio. Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, moves this Honorable court under 28 USC 2254 against the warden and FCI Williamsburg, and the state. Plaintiff's 6th amendment rights are being violated under Blakely v. Washington and Booker and FanFan. The State is holding Plaintiff illegally violating his due process rights to the courts. Plaintiff was denied counsel on his appeal to the Supreme Court. Plaintiff was enhanced on the Federal sentencing guidelines over 2B1.1 enhancements not proven by a Jury. Plaintiff recieved 4 points for Leadership roll that was not on his indictment. Plaintiff seeks immediate relief and release from prison from this Plain ERROR. Plaintiff Prays for relief.

Respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400