# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JONATHAN LEE RICHES,                                     Case No. 1:08-cv-398
    Petitioner                                               Weber, J.;
                                                        Hogan, M.J.

vs

WARDEN, FCI WILLIAMSBURG,              **ORDER OF TRANSFER**
    Respondent


Petitioner, an inmate at the Federal Correctional Institution Williamsburg in Salters, South Carolina, has filed a *pro se* petition for "habeas corpus relief under 28 U.S.C. § 2241 inadequate medical treatment at FCI Williamsburg" (Doc. 1) and a document entitled "42 U.S.C. § 1983, 28 U.S.C. § 2254, motion for relief from judgment" alleging his federal sentence was improperly enhanced under the Federal Sentencing Guidelines based on findings not made by a jury in violation of his Sixth Amendment rights. (Doc. 2).

To the extent petitioner complains about the conditions of his confinement at the FCI Williamsburg, the Southern District of Ohio is not the proper venue for such action. Under 28 U.S.C. § 1391(e), the District of South Carolina is the appropriate venue for this action.

In addition, to the extent petitioner brings a habeas corpus action pursuant to 28 U.S.C. § 2241, petitions under § 2241 must be brought before the district court for the district in which the petitioner is in custody. *Wright v. United States Bd. of Parole*, 557 F.2d 74, 78 (6th Cir. 1977) (citing *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973)). In this case, petitioner is incarcerated at FCI Williamsburg, which is located within the District of South Carolina. The United States District Court for the District of South Carolina is the proper venue for this proceeding.

Accordingly, it is hereby **ORDERED** that this case be **TRANSFERRED** to the United

States District Court for the District of South Carolina for all further proceedings.

**IT IS SO ORDERED.**

Date: ___6/16/08___

Timothy S. Hogan
United States Magistrate Judge