CLOSED

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00398–HJW–TSH

| | |
|---|---|
| Riches v. Warden, FCI Williamsburg et al | Date Filed: 06/11/2008 |
| Assigned to: Judge Herman J. Weber | Date Terminated: 06/18/2008 |
| Referred to: Magistrate Judge Timothy S Hogan | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Habeas Corpus (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jonathan Lee Riches**     represented by     **Jonathan Lee Riches**
40948–018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590
843–387–9400
PRO SE

V.

**Defendant**

**Warden, FCI Williamsburg**

**Defendant**

**John C. McGinley**
*doing business as*
Dr. Perry Cox

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2008 | Ï 1 | "Habeas Corpus Relief under 28 USC 2241 Inadequate Medical Treatment at FCI Williamsburg" filed by Jonathan Lee Riches against Warden, FCI Williamsburg, John C. McGinley. (eh1, ) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 2 | MOTION for Relief from Judgment by Plaintiff Jonathan Lee Riches. (eh1, ) (Entered: 06/11/2008) |
| 06/18/2008 | Ï 3 | ORDER TRANSFERRING CASE to District of South Carolina. Signed by Magistrate Judge Timothy S Hogan on 6/16/08. (Attachments: # 1 Certified Mail Receipt) (eh1, ) (Entered: 06/18/2008) |
| 06/18/2008 | Ï | Case transferred to District of South Carolina, Florence Division. Original file, certified copy of transfer order, and docket sheet sent. (eh1, ) (Entered: 06/18/2008) |