OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
P.O. BOX 10768
GREENVILLE, SOUTH CAROLINA 29603

OFFICIAL BUSINESS

# Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.59⁰
0003085072     JUN 20 2008
MAILED FROM ZIP CODE 29601

2008  JUL 21  A 9: 29

## RETURN TO SENDER

☒ Individual No Longer At This Institution

☐ Can't Identify

☐ Unauthorized Item Enclosed

☐ No Package

Jonathan Lee Riches
#40494-018
FCI Bennettsville
PO Box 52020
Bennettsville, SC 29512



NIXIE     292    4C 1     08 07/18/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 29603078858     *2580-01599-18-25