IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jonathan Lee Riches, ) | |
| ) | C/A No. 6:08-02257-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Warden FCI Williamsburg; John C. McGinley; and ) | |
| Ronald Perelman, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, an inmate at FCI Williamsburg, proceeding *pro se,* filed the above listed civil action, which was transferred to this Court from the United States District Court for the Southern District of Ohio, Western Division. An Order was filed on June 19, 2008, giving Plaintiff an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. The Order was returned to the Court as undeliverable on July 21, 2008, and re-mailed to the Plaintiff at his correct address on that date. The Order warned Plaintiff that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff has not submitted the documents needed to bring this case into proper form, and the time for response has now lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962). In addition, Plaintiff's document entitled "Motion for Relief from Judgement" [docket entry no. 2] is **denied.**

   **IT IS SO ORDERED**.

August 20, 2008                                            /s/ Margaret B. Seymour
Columbia, South Carolina                             United States District Judge