AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Jonathan Lee Riches

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:08-2257-MBS-WMC

Warden, FCI Williamsburg, et al

- **[ ]** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- **[ ]** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- **[X]** **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** the case is **dismissed** *without prejudice* pursuant to

Rule 41 of the Federal Rules of Civil Procedure.


LARRY W. PROPES, Clerk

By: s/Meagan Doeve
       Case Manager


August 21, 2008