United States District Court
District of South Carolina

Jonathan Lee Riches
v.
Case #'s:
 6:08-CV-2472;
 6:08-CV-2483;
 6:08-CV-2257;
 6:08-CV-2252.

Notice of Appeal

Notice of Appeal

Jonathan Lee Riches moves to Appeal the dismissal of the above 4 cases. I Appeal each case to the 4th circuit court of Appeals.

respectfully,
[signature]
9-10-08

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400
JonathanLeeRiches.org

RECEIVED USDC CLERK, COLUMBIA, SC
2008 SEP 12 PM 1:06