| 4cca-30    REV. 10/30/07 | TRANSMITTAL SHEET (Notice of Appellate Action) | |
|---|---|---|
| __X__ Notice of Filing<br>_____ Cross Appeal<br>_____ Interlocutory Appeal<br>_____ Additional NOA<br>_____ Amended NOA<br>_____ Transmittal of Record<br>_____ Transmittal of Cert.<br>_____ Supplement to ROA<br>_____ Supplemental Cert.<br>_____ Other _____ | UNITED STATES DISTRICT COURT<br>for the<br>DISTRICT OF SOUTH CAROLINA<br>at GREENVILLE<br>Caption:<br>Jonathan Lee Riches, plaintiff,<br>vs.<br>See Attached Page, defendant. | District Court No.:<br>__See Attached Page__<br>4CCA No.: _____ Consolidated with<br>No.:<br>Case Mgr.: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 9/12/08<br><br>2. Amended NOA filed: | 4. Fees: _____ USA (fee not required)<br>$5 filing fee: _____ paid __X__ unpaid<br>$450 docket fee: _____ paid _____ unpaid<br>Pauper Status: _____ granted _____ denied _____ pending in dist. ct.<br>Does PLRA Apply? _____ Yes _____ No   3-Strikes? __X__ Yes _____ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge: Seymour | 5.   Materials under Seal in District Court:   Yes _____ No _____<br><br>     Party Names Under Seal in District Court:   Yes _____ No _____ |
| 6. Court Reporter(s) (list all):<br><br>Contract Court Reporter:<br><br>Coordinator: *Janet Woodward, 803-253-3198* | 7.  Criminal/Prisoner Cases<br>_____ recalcitrant witness    Defendant's Address:<br>_____ on death row<br>_____ in custody<br>_____ on bond<br>_____ on probation |

**Part II**   TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
_____ ORIGINAL RECORD         _____ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| __X__ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>__X__ YES   _____ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br><br>_____ COUNSELED: Available for transmittal<br>In-court hearing(s) held?   _____ YES   _____ NO<br>All transcript on file?   _____ YES   _____ NO<br>4CCA will request transmittal of record when needed in counseled cases. | _____ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed):<br><br><br>_____ COUNSELED: Available for transmittal<br>In-court hearing(s) held?   _____ YES   _____ NO<br>All transcript on file?   _____ YES   _____ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk __s/Meagan Doeve__     Phone: __864.241.2758__     Date: __September 15, 2008__

Regarding Cases:

6:08-cv-02472-MBS-WMC: Riches v. Constanza ETRO, et. al.

6:08-cv-02483-MBS-WMC: Riches v. Urban Outfitters Inc, et. al.

6:08-cv-02257-MBS-WMC: Riches v. Warden, FCI Williamsburg, et. al.

6:08-cv-02252-MBS-WMC: Riches v. Investors Business Daily Inc, et. al.