```
                                        FILED:  December 11, 2008

              UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT

                   _____

                        No. 08-7975
                 (6:08-cv-02257-MBS-WMC)

                   _____


JONATHAN LEE RICHES,

               Plaintiff - Appellant

v.

WARDEN FCI WILLIAMSBURG; JOHN C. MCGINLEY, d/b/a Perry Cox;
RONALD PERELMAN,

               Defendants - Appellees

                   _____

                       O R D E R
                   _____


     The Court dismisses this proceeding for failure to

prosecute pursuant to Local Rule 45.

                                     For the Court--By Direction

                                     /s/Patricia S. Connor, Clerk
```