FILED: December 11, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-7975
(6:08-cv-02257-MBS-WMC)

_____

JONATHAN LEE RICHES,

        Plaintiff - Appellant

v.

WARDEN FCI WILLIAMSBURG; JOHN C. MCGINLEY, d/b/a Perry Cox; RONALD PERELMAN,

        Defendants - Appellees

_____

RULE 45 MANDATE
_____

    This Court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*